# Court of Appeals
# of the State of Georgia

ATLANTA,___September 06, 2016___

*The Court of Appeals hereby passes the following order:*

**A16A0728. MARION v. THE STATE.**

Following his conviction on numerous counts of aggravated child molestation, aggravated sodomy, aggravated sexual battery, and cruelty to children in the first degree, Steven Scott Marion filed a motion for new trial, alleging that he had received ineffective assistance of counsel. To help support his ineffective assistance claim, Marion filed a motion seeking an in camera review of the prosecutor's notes from her interview of Marion's oldest daughter. The trial court denied Marion's motion and at Marion's request, certified its order for immediate review. We thereafter granted Marion's application for discretionary review. Having now reviewed the appellate record and the briefs of the parties, we have concluded that the appeal was improvidently granted. Accordingly, this appeal is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,___* 09/06/2016 ___
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*